DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTONELLA R. LEARY** and **FLORIDA CANCER SPECIALISTS RESEARCH INSTITUTE, LLC,** d/b/a **FLORIDA CANCER SPECIALISTS,**
Appellants,

v.

**GARETH COLLETTI,** as Personal Representative of the **ESTATE OF DIANE COLLETTI** and as surviving spouse,
Appellee.

No. 4D2025-1503

[June 18, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John Joseph Parnofiello, Judge; L.T. Case No. 502023CA012897XXXXMB.

Dinah Stein and Sharon Rose Vosseller of Hicks, Porter & Stein, P.A., Miami, and Mary Jaye Hall and Kelsey Ann Weiss of McEwan, Martinez, Dukes & Hall, P.A., Orlando, for appellants.

Bard Daniel Rockenbach of Burlington & Rockenbach, P.A., West Palm Beach, Samuel Matthew Yaffa of Samuel M. Yaffa, P.A., Delray Beach, and Andrew Bryan Yaffa of Grossman, Roth, Yaffa, Cohen, P.A., Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***